IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HENRY LEWIS "H.L." PATTERSON**                                       **PLAINTIFF**

**vs.**                        **CASE NO. 5:10cv153DCB-RHW**

**YAZOO CITY, MISSISSIPPI;**
**YAZOO COUNTY, MISSISSIPPI; and**
**YAZOO RECREATION COMMISSION**                       **DEFENDANTS**

## ORDER

Came to be heard this day, upon motion of the Defendant, Yazoo County, Mississippi, a request for an extension in the amount of seven (7) additional days, or until August 5, 2011, up through and including August 5, 2011, in which to file Yazoo County's Motion for Summary Judgment, Memorandum in Support of Summary Judgment and supporting evidence. This Court, having considered the motion, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendant Yazoo County, Mississippi shall be allowed up to and until August 5, 2011, in which to file Yazoo County's Motion for Summary Judgment, Memorandum in Support of Summary Judgment and supporting evidence.

ORDERED the   3rd   day of  August , 2011.

                                             s/David Bramlette
                                             UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Wesley D. Ehrhardt*
_____

Wesley D. Ehrhardt MS No. 103021
wesley.ehrhardt@odnss.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS 39157

ATTORNEY FOR YAZOO COUNTY