```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION


HENRY LEWIS PATTERSON                                PLAINTIFF

VS.                      CIVIL ACTION NUMBER 5:10-cv-153-DCB-RHW

YAZOO CITY, MISSISSIPPI,
YAZOO COUNTY MISSISSIPPI
AND YAZOO RECREATION COMMISSION
```

SUPPLEMENTAL ORDER ON EVIDENTIARY HEARING

On September 8, 2011, the Court entered an Order for an Evidentiary Hearing. Plaintiff moved for summary judgment on his due process claim, Defendant Yazoo Recreation Committee moved for Summary Judgment on all claims, Defendant Yazoo County likewise requested summary judgment on all issues and Defendant Yazoo City has asked for summary judgment on plaintiff's ADA and ADEA claims only conceding that there may be a genuine issue of fact with respect to plaintiff's due process claim.

Counsel for several of the parties have telephoned the Courtroom Deputy seeking guidance on issues to be presented. There have been no discussions between counsel and the Court. At present the Court is not prepared to grant any of the motions, and the purpose of the hearing is to afford the parties an opportunity to present oral argument and/or evidence in support of said motions. To further clarify, all parties may present

1

testimony and other evidence but they are not required to do so. However, they are required to present oral argument in support of the motions.

    SO ORDERED this the   26th   day of September, 2011

                                        s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE