```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

HENRY LEWIS PATTERSON, "H.L."                          PLAINTIFF

VERSUS                     CIVIL ACTION NO. 5:10-CV-00153-DCB-JMR

YAZOO CITY, MISSISSIPPI;
YAZOO COUNTY, MISSISSIPPI; and
YAZOO RECREATION COMMISSION                           DEFENDANTS

## ORDER

Currently before the Court is Defendant Yazoo Recreation Commission's Motion to Supplement its Motion for Summary Judgment [docket entry no. 138]. The Court, having reviewed the said Motion, finds the allegations therein significant and meritorious of further briefing. Yazoo Recreation Commission will be given twenty (20) days from the time this Order is entered to supplement its Motion for Summary Judgment, and the Plaintiff will be allowed fourteen days (14) to respond, consistent with Local Rule 7(b)(4).[1] Any supplementation should be strictly limited to the issue raised in Yazoo Recreation Commission's present Motion.

Further, in light of this recent development, the Court postpones the hearing scheduled for October 12, 2011 in the United States Courthouse in Natchez, Mississippi until such time as the briefing regarding this issue is complete.

Accordingly,

---

[1] Yazoo City will also be permitted to rebut any brief filed by the Plaintiff pursuant to the same local rule.

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Supplement its Motion for Summary Judgment [docket entry no. 138] is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the hearing scheduled for October 12, 2011 will be **POSTPONED** and rescheduled once the briefing on this issue is complete.

**SO ORDERED AND ADJUDGED** this the _11TH_ day of October 2011.

                                               /s/ David Bramlette

                                               **UNITED STATES DISTRICT JUDGE**