```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

HENRY LEWIS PATTERSON, "H.L."                              PLAINTIFF

VERSUS                    CIVIL ACTION NO. 5:10-CV-00153-DCB-JMR

YAZOO CITY, MISSISSIPPI;
YAZOO COUNTY, MISSISSIPPI; and
YAZOO RECREATION COMMISSION                               DEFENDANTS

## ORDER

Currently before the Court are Motions by Yazoo City and Yazoo County to Supplement their Summary Judgment Memoranda [docket entry nos. 141, 142]. Yesterday, the Court granted a similar Motion filed by Yazoo Recreation Commission and for similar reasons finds that the Defendants' Motions are well-taken and should be granted. Yazoo City and Yazoo County will be given twenty (20) days to supplement their Summary Judgment Memoranda, and the Plaintiff will be allowed fourteen days (14) to respond, consistent with Local Rule 7(b)(4). Any supplementation should be limited to the issues raised by the Plaintiff's representations to the Social Security Administration.

**IT IS HEREBY ORDERED** that Defendant Yazoo City's Motion to Supplement its Summary Judgment Memoranda [docket entry no. 141] is **GRANTED.**

**IT IS FURTHER HEREBY ORDERED** that Defendant Yazoo County's Motion to Supplement its Summary Judgment Memorandum [docket entry no. 142] is **GRANTED.**

**SO ORDERED AND ADJUDGED** this the _13th_ day of October 2011.

                                                                  /s/ David Bramlette
                                            **UNITED STATES DISTRICT JUDGE**